NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOVERAIN SOFTWARE LLC,**
*Plaintiff-Appellee,*

v.

**NEWEGG INC.,**
*Defendant-Appellant.*

---

2011-1009

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0511, Judge Leonard Davis.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the motion to withdraw Kent E. Baldauf, Jr. and to substitute Edward R. Reines as principal counsel for Newegg Inc.,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**FEB 0 7 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Paul J. Ripp, Esq.
     Kent E. Baldauf, Jr., Esq.
     Edward R. Reines, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 7 2011

JAN HORBALY
CLERK